UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

E.B., an Individual and an American Airline Passenger,

    Plaintiff,

vs.

AMERICAN AIRLINES, INC., a Delaware corporation doing business in New York; REPUBLIC AIRWAYS, INC., an Indiana corporation doing business in New York; and DOES 1-8,

    Defendants.

Case No.: 1:22-cv-04815-ENV-LKE

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 8/25/25

/s/ Eric N. Vitaliano

Eric N. Vitaliano
United States District Judge

---

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between counsel for Plaintiff, E.B., and counsel for Defendants, AMERICAN AIRLINES, INC. and REPUBLIC AIRWAYS, INC., that the above-captioned action against Defendants may be and is hereby voluntarily dismissed with prejudice. Each party will bear its own fees and costs.

Dated: February 28, 2025            Respectfully submitted,

| | |
|---|---|
| /s/ Paula L. Wegman_____ | /s/ Mary Schiavo_____ |
| Paula L. Wegman (admitted PHV) | Donald A. Migliori, Esq. (DM0589) |
| Michael G. McQuillen (admitted PHV) | Mary Schiavo, Esq. (admitted PHV) |
| HINSHAW & CULBERTSON LLP | MOTLEY RICE, LLC |
| 151 N. Franklin Street, Suite 2500 | 28 Bridgeside Blvd. |
| Chicago, Illinois 60606 | Mount Pleasant, SC 29464 |
| Phone: (312) 704-3000 | (843) 216-9000 (phone) |
| Fax: (312) 704-3001 | (843) 216-9540 (fax) |
| E-mail: pwegman@hinshawlaw.com | dmigliori@motleyrice.com |
| | mschiavo@motleyrice.com |

and

The Clerk of Court is respectfully directed to close this case.

1

| | |
|---|---|
| Evan Kwarta<br>HINSHAW & CULBERTSON LLP<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>Phone: (212) 655-3839<br>Fax: (212) 935-1166<br>E-mail: ekwarta@hinshawlaw.com<br><br>**ATTORNEYS FOR AMERICAN AIRLINES, INC. and REPUBLIC AIRWAYS, INC.** | **ATTORNEYS FOR PLAINTIFF** |